No. 98–67.  BRANDT v. MALENG ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–70.  BUCKLEY v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 98–73.  PRICE ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–75.  THOMAS v. OREGON.  Sup. Ct. Ore.  Certiorari denied.

No. 98–78.  CITY AND COUNTY OF HONOLULU v. SMALL LANDOWNERS OF OAHU ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–79.  SELLERS, BY HIS PARENTS, SELLERS ET UX., ET AL. v. SCHOOL BOARD OF THE CITY OF MANASSAS, VIRGINIA, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 98–80.  JORDAN v. SMITHKLINE BEECHAM, INC.  C. A. 3d Cir.  Certiorari denied.

No. 98–81.  SCHULZ ET AL. v. NEW YORK STATE EXECUTIVE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 98–82.  INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 18 v. VENCL.  C. A. 6th Cir.  Certiorari denied.

No. 98–87.  MARTIN v. LAMAR ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 98–89.  J. A. CROSON CO. v. J. A. GUY, INC., ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 98–90.  BOLT v. DAYTONA COMMUNITY HOSPITAL ET AL. C. A. 11th Cir.  Certiorari denied.

No. 98–92.  GLASCOE v. SHOPPERS FOOD WAREHOUSE MD CORP. Ct. Sp. App. Md.  Certiorari denied.